**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**JESUS JAVIER DE LEON, #97755-198**                                            **PETITIONER**

**VERSUS**                                           **CIVIL ACTION NO. 5:08-cv-183-DCB-MTP**

**BRUCE PEARSON**                                         **RESPONDENT**

FINAL JUDGMENT

This cause is before the court, *sua sponte*, for consideration of dismissal. Pursuant to the memorandum opinion and order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the   27th   day of August, 2008.

                                                       s/ David Bramlette
                                               UNITED STATES DISTRICT JUDGE